IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JUL 24 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
JUL 24 1998
Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| HENRY C. RUCKER, III | § | |
| | § | |
| VS | § | CIVIL ACTION NO. B-97-004 |
| | § | |
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT | § § | |

O R D E R

It is the Order of this Court that the above matter be set for final pretrial on July 30, 1998 at 8:30 a.m.; and jury selection on July 31, 1998 at 8:30 a.m.

DONE at Brownsville, Texas this 24th day of July, 1998.

FILEMON B. VELA
United States District Judge