United States District Court
Southern District of Texas
ENTERED

JUL 27 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED

JUL 27 1998

Michael N. Milby
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HENRY C. RUCKER, III | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-004 |
| | § | |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT AND | § | |
| EDDIE VALENT | § | |

### CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signature | Party Represented | Date |
|---|---|---|
| [signature] | Plaintiff | 07/27/98 |
| Robert Russo by J.B.Q., with permission | Defendants | 07/27/98 |
| | | |

### ORDER OF TRANSFER

This case is transferred to United States Magistrate Judge
John Wm. Black
to conduct all further proceedings, including final judgment.

7-27-98
Date

[signature]
Filemon B. Vela
United States District Judge

Hearing set for August 5, 1998 at 2:00 P.M.

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.