59

United States District Court
n District of Texas
ENTERED

AUG 27 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HENRY C. RUCKER III | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-004 |
| | § | |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT AND EDDIE | § | |
| VALENT | § | |

## ORDER

On August 5, 1998, the parties appeared before the Court for a Status Conference in the above-referenced matter. The Court, having reviewed the items on file herein and heard the arguments of counsel with respect to the Motions pending in this cause, is of the opinion that the parties should be and are hereby ORDERED to non-binding mediation.

It is further ORDERED that no further action will be taken in this case until the Court receives a report from the mediator selected by the parties on whether the mediation was successful. If the mediation does not result in an agreed resolution to this case, the Court will review the summary judgment materials on file as of this date and the Plaintiff's Motion for a Continuance in order to conduct additional discovery concerning the ADA issues, and make such rulings based thereon as are appropriate.

IT IS SO ORDERED on this the 25TH day of AUGUST, 1998.

_____
UNITED STATES MAGISTRATE JUDGE

APPROVED AS TO FORM:

LAW OFFICE OF J. ARNOLD AGUILAR
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520
(956)504-1100
Fax No.: (956) 504-1408

By: _____
    J. ARNOLD AGUILAR
    Federal Adm. No. 6822

    ATTORNEY FOR PLAINTIFF

WALSH, ANDERSON, BROWN,
 SCHULZE & ALDRIDGE, P.C.
70 NE Loop 410, Suite 800
San Antonio, Texas 78216
(210) 979-6633
Fax No.: (210) 979-7024

By: _____
    ROBERT RUSSO
    State Bar No. 1743500

    ATTORNEYS FOR DEFENDANTS
    BROWNSVILLE INDEPENDENT
    SCHOOL DISTRICT AND EDDIE
    VALENT