63

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
FILED

JUN 3 0 1999

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| HENRY C. RUCKER, III | § § | |
| VS. | § § | CIVIL ACTION NO. B-97-004 |
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT | § § § | |

TYPE OF CASE:     __X__ CIVIL          ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:                                                          ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**          **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                                DATE AND TIME:

**JULY 8, 1999 AT 2:00 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    JUNE 30, 1999

TO:      MR. J. ARNOLD AGUILAR
         MS. NAN HUNDERE, MR. ROBERT RUSSO & MR. DAVID SOCHIA