64

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

JUL 0 1 1999

Michael N. Milby, Clerk of Court

## ORDER

HENRY C. RUCKER, III §
§
VS. § CIVIL ACTION NO. B-97-004
§
BROWNSVILLE INDEPENDENT §
SCHOOL DISTRICT §

TYPE OF CASE:    __X__ CIVIL           ____ CRIMINAL

**TAKE NOTICE** that the proceeding in this case has been continued as indicated below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:                                          ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**            **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

DATE AND TIME PREVIOUSLY SCHEDULED:             DATE AND TIME:

**JULY 8, 1999 AT 2:00 P.M.**                   **JULY 7, 1999 AT 2:00 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JULY 1, 1999

TO:     MR. J. ARNOLD AGUILAR
        MS. NAN HUNDERE, MR. ROBERT RUSSO & MR. DAVID SOCHIA