72

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

## ORDER

OCT 0 5 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| HENRY C. RUCKER, III | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-004 |
| | § | |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT | § | |

TYPE OF CASE:          __X__ CIVIL          ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**HEARING ON PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**OCTOBER 22, 1999 AT 2:00 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   OCTOBER 4, 1999

TO:     MR. LEO SALZMAN
        MR. J. ARNOLD AGUILAR
        MS. NAN HUNDERE & MR. ROBERT RUSSO