74

United States District Court
Southern District of Texas
ENTERED

OCT 1 3 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

HENRY C. RUCKER, III                    §
                                        §        CIVIL ACTION NO.
VS.                                     §        B-97-004
                                        §
BROWNSVILLE INDEPENDENT SCHOOL          §
DISTRICT AND EDDIE VALENT               §

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this day came on to be heard the Motion to Dismiss, With Prejudice, filed by Henry C. Rucker, III, Plaintiff herein, which Motion requests the Court to dismiss, with prejudice, all of the claims and actions said Plaintiff has brought against Defendants Brownsville Independent School District and Eddie Valent in this cause. After reviewing the pleadings and other documents on file in this cause, the Court is of the opinion and finds that the said Motion is well-taken and should be granted. It is, therefore,

ORDERED, ADJUDGED and DECREED that all claims and actions brought against Brownsville Independent School District and Eddie Valent by the Plaintiff shall be and are hereby DISMISSED, WITH PREJUDICE. Said Plaintiff shall take nothing against the said Defendants.

All other relief not expressly granted herein is expressly DENIED.

SIGNED on this the ___13___ day of ___OCT___, 1999.

_____
PRESIDING JUDGE

APPROVED AS TO BOTH FORM AND SUBSTANCE:

LAW OFFICE OF J. ARNOLD AGUILAR
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520
(956)504-1100
Fax:    (956)504-1408

By:    _____
        J. ARNOLD AGUILAR
        Federal Adm. No. 6822

        ATTORNEY FOR PLAINTIFF


WALSH, ANDERSON, BROWN,
  SCHULZE & ALDRIDGE, P.C.
70 N.E. Loop 410, Suite 800
San Antonio, Texas 78216
(210) 979-6633
FAX NO.: (210) 979-7024

By:    _____
        ROBERT RUSSO
        State Bar No. 17443500

        ATTORNEY FOR DEFENDANTS