75

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 0 1 1999

| | | |
|---|---|---|
| HENRY C. RUCKER, III | § | |
| | § | CIVIL ACTION NO. |
| VS. | § | |
| | § | B - 97 - 004 |
| BROWNSVILLE INDEPENDENT SCHOOL | § | |
| DISTRICT AND EDDIE VALENT | § | |

Michael N. Milby, Clerk of Court
By Deputy Clerk

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this day came on to be heard the Motion to Dismiss With Prejudice, filed by Henry

C. Rucker, III, Plaintiff herein, which Motion requests the Court to dismiss, with prejudice, all

of the claims and actions said Plaintiff has brought against Defendants Brownsville Independent

School District, Eddie Valent and Wallace Jackson in this cause. After reviewing the pleadings

and other documents on file on this cause, the Court is of the opinion and finds that the said

Motion is well-taken and should be granted. It is, therefore,

ORDERED, ADJUDGED and DECREED that all claims and actions brought against

Brownsville Independent School District, Eddie Valent and Wallace Jackson by the Plaintiff shall

be and are hereby DISMISSED, WITH PREJUDICE. Said Plaintiff shall take nothing against

the said Defendants.

All other relief not expressly granted herein is expressly DENIED.

SIGNED on this the _1 ST_ day of _DECEMBER_, 1999.

JOHN WM. BLACK,
U. S. Magistrate